UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

EKATERINA SELEDTSOVA                    CASE NO. 6:25-CV-00724 SEC P

VERSUS                                  JUDGE ROBERT R. SUMMERHAYS

KRISTI NOEM, ET AL                      MAGISTRATE JUDGE WHITEHURST

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the petition be **DISMISSED WITHOUT PREJUDICE.**

**THUS DONE AND SIGNED** in chambers this 9th day of February, 2026.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE